# UNITED STATES DISTRICT COURT
## District of Minnesota

Stephanie Sims

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.  Case Number: 18-cv-484 PAM/SER

Met Council, Metro Transit Authority

Defendants.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion for Summary Judgment (Docket No. 47) is **GRANTED**; and

2. This matter is **DISMISSED with prejudice**.

Date: 8/23/2019

KATE M. FOGARTY, CLERK

s/Kayla Schnierle
(By)   Kayla Schnierle, Deputy Clerk